**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JIMMY DEWAYNE STANLEY**                                    **PLAINTIFF**
*on behalf of Carolyn Ann Stanley*

**v.**                          **CASE NO. 4:25-CV-00679-BSM**

**DREW MEMORIAL HOSPITAL,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE